IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| ABIGAIL BALTIMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 3:11-cv-00119-CRW-RAW |
| | ) |
| H&R ACCOUNTS, INC. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Abigail Baltimore and Defendant, H&R Accounts, Inc. and hereby moves the Court to dismiss the above-entitled cause of action WITH PREJUDICE as both parties have to stipulated to such per their agreement.

H & R Accounts, Defendant

By: _____
Timothy M. Feeney #AT0002527
McCarthy, Callas & Feeney, P.C.
329 - 18th Street
Rock Island, IL 61201
Phone: (309) 788-2800
Fax: (309) 793-4090

Abigail Baltimore, Plaintiff

By: _____
Raymond H. Johnson
Johnson Law Firm
950 Office Park Road, Suite 221
West Des Moines, IA 50265

## CERTIFICATE OF SERVICE

I, Ray Johnson of _____, certify:

That I am, and at all time hereinafter mentioned, more than 18 years of age; that on the 8th day of ~~September~~ October, 2012, true copies of the foregoing document were served upon all parties as required by electronic filing or by enclosing the same in an envelope addressed to each person at their respective addressed as listed below, with first class postage fully paid and by depositing said envelope in the a United States Post Office Depository:

_____